**E-FILED**
Thursday, 29 March, 2007  09:34:50 AM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

CENTRAL ILLINOIS CARPENTERS   )
HEALTH & WELFARE FUND,        )
CENTRAL ILLINOIS CARPENTERS   )
RETIREMENT SAVINGS FUND,      )
MID-CENTRAL ILLINOIS          )
REGIONAL COUNCIL OF           )
CARPENTERS, MID-CENTRAL       )
ILLINOIS REGIONAL COUNCIL OF  )
CARPENTERS JOINT              )
APPRENTICESHIP AND TRAINING   )
FUND, CARPENTERS FRINGE       )
BENEFIT FUNDS and CARPENTERS  )
LOCAL 63                      )
                              )
    Plaintiffs,          )
                              )
    vs.                  )          06-3272
                              )
TERVEN'S DOOR SERVICE, INC.   )
                              )
    Defendant.           )

## <u>ORDER</u>

RICHARD MILLS, U.S. District Judge:

The Court now considers Plaintiffs' Motion for Default Judgment.

Plaintiffs have duly served Defendant a copy of the Complaint and

1

Defendant was summonsed on December 12, 2006.  Defendant never answered or otherwise pled.  Accordingly, U.S. Magistrate Judge Byron G. Cudmore entered default on January 22, 2007.

Plaintiffs now move the Court for default judgment.  Having reviewed Plaintiffs' motion and the relevant case materials, the Court finds that a Complaint was duly filed and served upon Defendant.  Because Defendant failed to answer or otherwise plead within the statutory time frame, Plaintiffs are entitled to default judgment.

**ERGO**, Plaintiffs' Motion for Default Judgment (d/e 7) is ALLOWED.  Defendant is ORDERED to pay Plaintiffs $1,215.26 for health and welfare and various fringe benefit contributions, $2,143.25 in attorneys fees and costs pursuant to 29 U.S.C. §1132(g)(2).

IT IS SO ORDERED.

ENTERED:  March 27, 2007

FOR THE COURT:                    s/ Richard Mills
                                  United States District Judge

2